# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BURMEY PAUL WARD, MARCELLA DUNCAN WARD, )<br>        Plaintiffs, )<br>)<br>)<br>   v. )<br>)<br>HORACE MANN INSURANCE COMPANY, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:07-CV-76-F** |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Horace Mann's Motion for Summary Judgment is ALLOWED. Plaintiffs' Motion to Strike, found within their responses to the motion for summary judgment, is DENIED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 18, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Junius B. Lee<br>100 Washington Street<br>Whiteville, NC 28472 | J. Thomas Cox, Jr.<br>4020 Oleander Dr., Suite 4<br>Wilmington, NC 28403 |

| | |
|---|---|
| <u>November 18, 2008</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| |  <u>/s/ Susan K. Edwards</u> |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |